IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 APR -1  PM 1:31
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| HITACHI CHEMICAL CO., LTD., | § CIVIL ACTION NO. 1:11-cv-00969-LY |
| Plaintiff, | § |
| v. | § DEMAND FOR JURY TRIAL |
| K.C. TECH CO., LTD., | § |
| Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties' Stipulated Motion for Dismissal of all claims asserted by Plaintiff Hitachi Chemical Co., Ltd. against Defendant K.C. Tech Co., Ltd. is GRANTED. It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit are hereby DISMISSED WITH PREJUDICE, subject to the terms of the "NON-ASSERTION AGREEMENT" having an effective date of March 25, 2013. It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

DATED: April 1, 2013

_____
U.S. District Judge