IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 APR -1  PM 1:31
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| HITACHI CHEMICAL CO., LTD., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-11-CV-969-LY |
| § | |
| K.C. TECH CO., LTD., § | |
| DEFENDANT. § | |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On March 29, 2013, the parties filed a Stipulated Motion for Dismissal with Prejudice (Doc. #43), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the cause hereby **CLOSED**.

SIGNED this __1st__ day of April, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE